AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KATHLEEN LYNN VANDEVER | ) Civil Action No. 1:25-cv-157 |
| Plaintiff | ) |
| v. | ) |
| TARRANT COUNTY FAMILY JUSTICE CENTER | ) |
| DAVID EVANS *Judge* | ) |
| JUDITH WELLS *Judge* | ) |
| PATRICA BACA BENNETT *Judge* | ) |
| MATTHEW RIEK *Judge* | ) |
| BREANNE CLARK | ) |
| TYLER MONAHAN | ) |
| KRISTEN FAUBUS | ) |
| Defendants | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

**X** other: This case is DISMISSED.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady.

DATE: 04/09/2025   *Chanda J. Berta, Clerk of Court*

by   s/J. Barboza
   *Signature of Clerk or Deputy Clerk*